THE STATE EX REL. WALLING, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Walling v. Indus.
Comm.* (2000), 90 Ohio St.3d 73.]

(No. 00–349—Submitted July 25, 2000—Decided September 20, 2000.)

*Law Office of Thomas Tootle Co., L.P.A.,* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William J. McDonald,* Assistant
Attorney General, for appellee.

The judgment of the court of appeals is reversed. The cause is returned to the
Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994),
68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**LUNDBERG STRATTON, J., dissenting.** I dissent and would affirm the judgment
of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.